to the Court of Claims denied. *Messrs. Joseph W. Cox, Archibald Cox,* and *O. Ellery Edwards* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Messrs. Harry E. Knight,* and *Manuel Whittemore* for the United States.

---

No. 589. MISSOURI-KANSAS-TEXAS RAILROAD COMPANY OF TEXAS *v.* UNITED STATES. November 23, 1926. Petition for a writ of certiorari to the Court of Claims denied. *Messrs. F. W. Clements* and *Lawrence H. Cake* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Messrs. Gardiner P. Lloyd,* and *Louis R. Mehlinger* for the United States.

---

No. 603. SINCLAIR REFINING COMPANY ET AL. *v.* ALONZO SMITH AND N. W. WASHBURN. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Walter H. Walne, Maco Stewart,* and *Albert J. DeLange* for petitioners. *Mr. George A. Hill, Jr.,* for respondents.

---

No. 610. GALVESTON DRY DOCK AND CONSTRUCTION COMPANY *v.* UNITED STATES. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Maco Stewart, Jr.,* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Letts,* and *Mr. J. Frank Staley* for the United States.

---

No. 611. JOHN E. WAGNER *v.* NETHERLANDS AMERICAN STEAM NAVIGATION COMPANY. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George S. Graham* for petitioner. *Messrs Roscoe H. Hupper* and *Everett Masten* for respondent.